UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHARLES DANIEL SMITH,<br><br>             Plaintiff,<br><br>vs.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>             Defendant. | Case No. CV-18-69 -BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**  X  **   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

### JUDGMENT ENTERED IN FAVOR OF DEFENDANT AGAINST PLAINTIFF.

Dated this 25th day of January, 2021.

                            TYLER P. GILMAN, CLERK

                            By: /s/ A. Carrillo
                                 Deputy Clerk