UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHARLES DANIEL SMITH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>　　　　Defendant. | Case No. 1:18-cv-00069-SPW<br><br>**ORDER** |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the Final Pretrial Conference presently set for Wednesday, January 15, 2025 at 1:30 p.m. is **VACATED** and **RESET** for **Wednesday, January 15, 2025 at <u>8:00 a.m.</u>,** changing the time of the conference only.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 13th day of January, 2025.

　　　　　　　　　　　　　　　　_Susan P. Watters_
　　　　　　　　　　　　　　　　SUSAN P. WATTERS
　　　　　　　　　　　　　　　　United States District Court Judge