UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHARLES DANIEL SMITH,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. 1:18-cv-00069-SPW<br><br>ORDER |

The parties have submitted a number of deposition excerpts in advance of trial (Doc. 100-2). This order sets forth the Court's ruling on the objections in those excerpts.

**A. Thomas Gabel Deposition – September 13, 2019.**

**Smith's Objections to Charters Designations:**

1. 9:22-10:7- overruled

2. 15:18-16:4 – sustained for the reasons stated in the objection

3. 16:11-12 - sustained for the reasons stated in the objection

4. 18:20-19:16 - sustained for the reasons stated in the objection

5. 19:19-20:22 - sustained for the reasons stated in the objection

6. 26:20-27:17 – overruled – this ruling does not mean Depo. Exhibit 49

1

is admissible

7. 27-22-28:1 – overruled

8. 28:12-29:3 – overruled

9. 30:15-24 – overruled

10. 31:5-14 – overruled

11. 31:17-32:10 - sustained for the reasons stated in the objection

12. 33:4-34:10 - sustained for the reasons stated in the objection

13. 34:12-23 - sustained for the reasons stated in the objection

14. 35:4-36:12 – sustained for 35:4-6; overruled for 35:7-36:12 for the reasons stated in the objection

15. 36:15-37:15 – overruled, provided Charter can tie the low morale to the travel requirement of December 2017

16. 38:4 - sustained for the reasons stated in the objection

17. 38:6-19 – overruled, provided Charter can tie the low morale to the travel requirement of December 2017

18. 39:2-40:18 – overruled

19. 41:6-9 – sustained

20. 41:14-42:11 – overruled

21. 42:15-17 – overruled

22. 42:19-21 – overruled

23. 42:23-45:8 – 44:1-2 sustained; 44:18-24 and 45:1-8 – sustained; remainder – overruled

24. 45:10-46:13 – sustained – no indication this discussion is limited to December 2017

25. 13:19-15:8 – sustained (Doc. 112)

**Charter's Objections to Smith's Designations:**

1. 50:8-16 – sustained – for the reasons stated in the objection

2. 51:20-23 - sustained for the reasons stated in the objection

3. 52:10-18 - sustained for the reasons stated in the objection; also, question is not limited to the December 2017 timeframe

4. 53:14-18 - sustained for the reasons stated in the objection

**B. Walt Jones's Deposition – September 4, 2019**

**Smith's Objections – Doc. 112**

1. 29:14-23 – sustained

2. 30:1-21 – sustained

**Charter's Objections – Doc. 85**

1. 17:4-9 – overruled

2. 41:14-42:6 - sustained

3

DATED this 21st day of January, 2025.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge